199 So. 905
### Jessie ALLISON v. STATE.
6 Div. 677.

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

199 So. 905
### Verdie ALLRED v. STATE.
6 Div. 647.

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

195 So. 906
### Sam L. ANTHONY v. CITY OF BIRMINGHAM.
6 Div. 506.

Court of Appeals of Alabama.
March 19, 1940.

Morel Montgomery, of Birmingham, for appellant.
Ralph E. Parker, of Birmingham, for appellee.

SIMPSON, Judge.
Affirmed.

192 So. 910
### Tommie ARCHER v. STATE.
4 Div. 492.

Court of Appeals of Alabama.
Nov. 14, 1939.

Henry K. Dickinson, of Opelika, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

199 So. 906
### T. J. ARLEDGE et al. v. CHILTON COUNTY.
5 Div. 110.

Court of Appeals of Alabama.
Nov. 22, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.

192 So. 910
### Albert ARNOLD v. STATE.
5 Div. 101.

Court of Appeals of Alabama.
Nov. 28, 1939.

Robt. S. Milner and Paul M. Page, both of Dadeville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.